**DENIED; Opinion Filed May 31, 2013.**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-13-00677-CV**

**IN RE RONALD A. LOGSDON, Relator**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50294-2012**

**MEMORANDUM OPINION**

Before Justices Moseley, Francis, and Fillmore
Opinion by Justice Moseley

Relator contends the trial court erred in finding him in contempt. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. Accordingly, we **DENY** relator's petition for writ of habeas corpus. *See* TEX. R. APP. P. 52.8(a); *Ex parte Barnett*, 600 S.W.2d 252, 254 (Tex. 1980) (orig. proceeding).

/Jim Moseley/
JIM MOSELEY
JUSTICE

130677F.P05